UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PERCIVAL CHARLES FERRIS, JR.,

    Plaintiff,

v.                                                                Case No. 3:23cv24017-LC-HTC

GOVERNOR RON DESANTIS, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on November 29, 2023 (ECF No. 17), recommending dismissal of Plaintiff's claims against Defendants for failure to state a claim and failure to follow Court orders. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 17) is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Defendants are DISMISSED WITHOUT PREJUDICE for failure to state a claim and failure to follow orders of the Court.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 15th day of December, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**